AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ERIC V. VON BERNEWITZ

)
) Case: 1:21-mj-00333
) Assigned To : Harvey, G. Michael
) Assign. Date : 3/23/2021
) Description: Complaint w/ Arrest Warrant
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERIC V. VON BERNEWITZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and 18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 03/23/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.23 15:50:18 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 03/23/2021, and the person was arrested on *(date)* 3/24/2021
at *(city and state)* 509 Resource Row Chesapeake Virginia.

Date: 3/24/2021

*Arresting officer's signature*

Jen Hartney, Special Agent
*Printed name and title*